UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DELEON, | 1:07-cv-00536 AWI-DLB  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; SUA SPONTE ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE TRAVERSE |
| IVAN CLAY, | |
| Respondent. | |
| _____/ | (DOCUMENT #13) |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

Because Petitioner's traverse was due on or before November 21, 2007, and in light of the medical circumstances that Petitioner is presently experiencing, the Court will sua sponte

///

///

1 | grant Petitioner thirty (30) days from the date of service of this order to file the optional
2 | traverse, if desired.

4     IT IS SO ORDERED.

5     Dated:    **December 21, 2007**             /s/ **Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE