1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    HECTOR DeLEON,                              CV F   07-00536 AWI DLB HC

10                    Petitioner,               ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATION, DENYING PETITION
11          v.                                  FOR WRIT OF HABEAS CORPUS,
                                                DIRECTING CLERK OF COURT TO ENTER
12                                              JUDGMENT IN FAVOR OF RESPONDENT,
     IVAN CLAY, Warden                          AND DECLINING TO ISSUE CERTIFICATE
13                                              OF APPEALABILITY
                      Respondent.
14   _____ /       [Doc. 17]

15
16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17   pursuant to 28 U.S.C. § 2254.
18          On July 18, 2008, the Magistrate Judge issued Findings and Recommendation that the
     Petition for Writ of Habeas Corpus be DENIED. This Findings and Recommendation was served
19   on all parties and contained notice that any objections were to be filed within thirty (30) days of
20   the date of service of the order.  Over thirty (30) days have passed and no party has filed
21   objections.
22          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
23   a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the
24   Findings and Recommendation is supported by the record and proper analysis.
25          Accordingly, IT IS HEREBY ORDERED that:
26          1.      The Findings and Recommendation issued July 18, 2008, is ADOPTED IN
27                  FULL;
28

2.     The Petition for Writ of Habeas Corpus is DENIED;

3.     The Clerk of the Court is DIRECTED to enter judgment for Respondent; and,

4.     The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," i.e., when "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong"; Hoffman v. Arave, 455 F.3d 926, 943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable jurists would not find it debatable that the state courts' decision denying Petitioner's petition for writ of habeas corpus were not "objectively unreasonable."

IT IS SO ORDERED.

**Dated:     September 15, 2008**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE